# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

v.

Anthony Cassani,

    Defendant.

_____/

Case: 2:21−cr−20367
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/7/2021
Description: INFO USA V. CASSANI (NA)

Crim. No.
Viol.: 18 U.S.C. § 641

## INFORMATION

The United States Attorney charges:

## COUNT 1

### 18 U.S.C. § 641
### *Theft of Government Property*

On or about March 30, 2020, in the Eastern District of Michigan, the defendant, Anthony Cassani, willfully and knowingly stole, purloined, and converted to personal use and the use of another, proprietary government documents belonging to the United States, the value of which was less than $1,000, in violation of Title 18, United States Code, Section 641.

SAIMA S. MOHSIN
Acting United States Attorney


*/s/ David A. Gardey*
DAVID A. GARDEY
Chief, Public Corruption Unit


*/s/ Eaton P. Brown*
EATON P. BROWN (P66003)
Assistant United States Attorney
United States Attorney's Office
211 West Fort Street, Suite 2001
Detroit, MI. 48226
313.226.9184
Eaton.Brown@usdoj.gov


Dated:   June 7, 2021

(Companion Case information MUST be completed by AUSA and initialed.)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:21-cr-20367 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:   /s/ EPB |

**Case Title:** USA v.  Anthony Cassani

**County where offense occurred :**  Wayne

**Check One:**    ☐ **Felony**    ☒ **Misdemeanor**    ☐ **Petty**

____Indictment/–✔ Information --- **no prior complaint.**

____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]

____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:**_____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 7, 2021
Date

/s/ Eaton P. Brown
EATON P. BROWN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9184
Fax:    313-226-3271
E-Mail address: eaton.brown@usdoj.gov
Attorney Bar #:  P66003

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.