UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
        Plaintiff,

VS.                                                                                          Case No.: 21-20367
                                                                                             HON. LINDA V. PARKER
**ANTHONY CASSANI**                                              UNITED STATES DISTRICT JUDGE
        **Defendant**,
_____/

---

| | |
|---|---|
| **Eaton Brown (P66003)** | **MARK GATESMAN (P56139)** |
| **United States Attorney Office** | **The Law Office of Mark Gatesman, PLC** |
| 211 W. Fort St., Ste 2001 | 1360 W. Grand River Ave. |
| Detroit, MI. 482226--3220 | Howell, MI. 48843 |
| (313) 226-5464 | (517) 546-4700 |
| | (517) 231-7003 Cell |

---

**APPEARANCE OF COUNSEL**

      **PLEASE TAKE NOTICE** that **Mark Gatesman, The Law Office of Mark Gatesman, PLC.,** is appearing as counsel for the Defendant, **Anthony Cassani**

                                    RESPECTFULLY SUBMITTED:

                             /s/   MarkGatesman
                             **MARK GATESMAN (P56139)**
                             **The Law Office of Mark Gatesman, PLC.,**
                             mgatesman@comcast.net
                             Attorney for Defendant, Anthony Cassani
                             1360 W. Grand River Ave.
                             Howell, MI   48843
                             (517) 546-4700
Dated June 8, 2021           (517) 231-7003 Cell

CERFICATE OF SERVICE

I hereby certify that on **June 8th, 2021** I electronically filed a Notices and Requests with the Clerk of the Court using the ECF system which will send notification of such filing to **Assistant U.S. Attorney's office.**

/S/ *Mark Gatesman*
**MARK GATESMAN (P56139)**
**mgatesman@comcast.net**
Attorney for Defendant
1360 W. Grand River
Howell, MI   48843
(517) 546-4700
(517) 231-7003 Cell