UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

                                             Criminal No.21-cr-20367

v.

Anthony Cassani,

    Defendant.

---

## REQUEST FOR RETURN AND CANCELLATION
## OF ARREST WARRANT, AND BRIEF IN SUPPORT

---

THE UNITED STATES OF AMERICA, pursuant to Rule 4(c)(4) of the Federal Rules of Criminal Procedure, hereby requests an order providing for the return and cancellation of the arrest warrant, and states:

1. On Monday, June 7, 2021, this Court issued an Information charging the defendant with theft of government property. The Court also issued an arrest warrant.

2. On Monday, June 7, 2021, the request for the warrant stated that it was only to be issued if the defendant didn't appear on the date of his arraignment. At the time the Information was filed it was believed the defendant would appear for his arraignment on the same day the Information was filed.

3.  However, the defendant wasn't actually scheduled to be arraigned until the day after the Information was filed – that is, on Tuesday, June 8, 2021 – on which date the defendant *did* appear. The government therefore requests that the arrest warrant associated with the Information in the above captioned case be cancelled. The defendant *did* appear for his arraignment as scheduled.

4.  The arrest warrant associated with the above-captioned Information has not been executed.

WHEREFORE, the government requests an order for the return and cancellation of the unexecuted arrest warrant.

Respectfully submitted,

Saima S. Mohsin
Acting United States Attorney

*s/ Eaton P. Brown*
EATON P. BROWN
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI  48226
eaton.brown@usdoj.gov
313-226-9184
P66003

Dated:  June 8, 2021